**OFFICE OF THE DISTRICT ATTORNEY**

**WESTCHESTER COUNTY**

WESTCHESTER COUNTY COURTHOUSE
111. Dr. Martin Luther King, Jr. Blvd.
White Plains, New York 10601
(914) 995-3414

**SUSAN CACACE**
DISTRICT ATTORNEY

October 21, 2025

The Honorable Jessica G. L. Clarke
United States Judge
The Honorable Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150



Re:  *Whittle v. Anderson*, 25-CV-06503 (JGLC)

Dear Judge Clarke:

  By a petition filed August 5, 2025, petitioner Robert Whittle moves pursuant to 28 U.S.C. § 2254, collaterally challenging a judgment rendered in the County Court, Westchester County (Zambelli, J.), whereby he was convicted, upon a jury verdict, of burglary in the second degree, among other crimes.

  The identity of the victim of the underlying criminal case is subject to the right of privacy pursuant to New York Civil Rights Law § 50-b, which provides that "[t]he identity of any victim of a sex offense…shall be confidential."  As a result, the records of the case, maintained by the Westchester County Clerk, are sealed to the public.

  Petitioner was charged by indictment with two counts of sexual abuse in the first degree. Although petitioner was acquitted of those counts, the victim maintained at trial that petitioner sexually assaulted her.  *Cf Brown v. New York City Police Dept.*, 264 A.D.3d 558, 561 (1st Dep't 1999) (finding that N.Y. Civ. Rts. § 50-b did not apply to the defendant, who was acquitted of rape and sodomy, but noting "the not guilty verdict on the rape and sodomy charges is not necessarily a finding that the complainant was not the victim of a sex offense," and finding dispositive the "unique facts of th[e] case" in which the victim affirmatively testified the defendant did not rape her).

  Accordingly, in papers filed with this court, the victim shall be referred to by her initials. However, in the exhibits required to be provided by respondents, and the state court transcripts, the victim is identified by name.

  Therefore, respondent is respectfully requesting that the docket be sealed, except to petitioner, and that the affidavit, memorandum of law, exhibits, and state court records respondent is filing forthwith, also be sealed.

      I have not sought consent of petitioner for this motion, nor am I aware of his position with respect to it. He is incarcerated pursuant to the judgment of conviction, and not represented by counsel.

                                            Very truly yours,

                                            SUSAN CACACE
                                            DISTRICT ATTORNEY
                                            WESTCHESTER COUNTY

                                            SHEA SCANLON LOMMA
                                            Assistant District Attorney

cc:    Robert Whittle, DIN 10-A-2023
        Eastern New York Correctional Facility
        Box 338
        30 Institution Road
        Napanoch, NY 12458

Application DENIED in part. The docket shall not be sealed. Instead, the parties shall redact the victim's name in any filings or use initials. The Clerk of Court is respectfully directed to terminate ECF No. 9.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: October 22, 2025
       New York, New York

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF WESTCHESTER)

Deborah Trimarchi, being duly sworn, deposes and says that on the 21st day of October, 2025 she served one (1) copy of this *Correspondence to Hon. Jessica G. L. Clarke dated October 21, 2025 with regard to petition filed on August 5, 2025 by petitioner Robert Whittle4* upon: ROBERT WHITTLE, DIN 10-A-2023, Eastern NY Correctional Facility, PO BOX 338, 30 Institution Road, Napanoch, New York 12458-0338 by enclosing a true copy in a securely sealed postpaid wrapper and depositing same in a Post Office Box regularly maintained by the United States Government in the City of White Plains, New York.

Deponent further states that the party named above is the plaintiff and his last known address, from papers served upon this Office, is as stated above.

Deponent is over the age of 18 years.

Sworn to before me this 21st
day of October, 2025

_____
Notary Public

JUDY BARROWS
Notary Public, State of New York
No. 4951973
Qualified in Westchester County
Commission Expires June 5, 2027