**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ROBERT WHITTLE,

                    Petitioner,                25 **CIVIL** 6503 (JGLC)

    -against-                    **JUDGMENT**

LISA ANDERSON, ACTING
SUPERINTENDENT, EASTERN
CORRECTIONAL FACILITY,

                    Respondent.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated May 27, 2026, Petitioner's Petition for Writ of Habeas Corpus is

DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

     May 27, 2026

                                        **TAMMI M. HELLWIG**

                                       _____
                                           **Clerk of Court**

         **BY:**

                                         _____
                                             **Deputy Clerk**